United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America and the State of Florida *ex rel.* Miguel A. Fernandez, Jr., and Miguel A. Fernandez, Jr., individually, Plaintiffs, <br><br> v. <br><br> Miami Cancer Institute, and others, Defendants. | Civil Action No. 17-24051-Civ-Scola |

### Order Governing Disclosure of Information Covered by Attorney-Client Privilege or Work-Product Protection

This matter is before the Court upon the filing of the parties' Joint Scheduling Report and Discovery Plan (ECF No. 29), wherein the parties request that the Court enter an order pursuant to Federal Rule of Evidence 502. The Court hereby orders that the production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**Done and ordered** at Miami, Florida on December 21, 2018.

_____
Robert N. Scola, Jr.
United States District Judge